IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

ROBIN RAWLS                                                  PLAINTIFF

v.                                    CIVIL ACTION NO. 2:22-cv-00084-KS-MTP

BONNER ANALYTICAL TESTING COMPANY                 DEFENDANT

### AGREED ORDER OF DISMISSAL

BY AGREEMENT OF THE PARTIES HERETO, as evidenced by the signatures of their respective counsel below, this case, all parties associated and all associated claims are hereby dismissed with prejudice, with each party to bear their own costs.

SO ORDERED AND ADJUDGED this the 30 day of March, 2023.

_____
UNITED STATES DISTRICT COURT JUDGE

AGREED TO:

_____
Daniel M. Waide, Esq. (MSB No. 103543)
*Attorney for Plaintiff*


_____
L. Clark Hicks, Jr., Esq. (MSB No. 8963)
*Attorney for Defendant*

1